**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petitioner(s)

- against -

AZU AJUDUA, M.D., ET AL.,

Defendant(s)
Respondent(s)

INDEX #:
14-CV-5199
DATE FILED:
09/08/2015

ATTORNEY FILE#:
5100-831

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 09/14/2015, 01:03PM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT on ULTIMATE CARE CHIROPRACTIC, P.C. AS SURVIVOR BY MERGER WITH GLOBAL HEALTH CARE CHIROPRACTIC, P.C., a defendant in the above action.

Deponent served NANCY DOUGHERTY, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 54   Approximate height 5'04"   Approximate weight 135   Color of skin WHITE   Color of hair BROWNISH
Other GLASSES

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

MICHAEL CORLEONE

Sworn to before me on 09/15/2015
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017