UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petitioner(s)

- against -

AZU AJUDUA, M.D., ET AL.,

Defendant(s)
Respondent(s)

INDEX #:
14-CV-5199
DATE FILED:
09/08/2015

ATTORNEY FILE#:
5100-831

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 09/22/2015, 08:31AM at 2932 WEST 5TH STREET, APARTMENT #19G, BROOKLYN NY 11224-4805, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT on GRAIG GRANOVSKY, D.C., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 42   Approximate height 5'10"   Approximate weight 235   Color of skin WHITE   Color of hair BALDING BLACK & GRAY   Other ACCENT & MUSTACHE

GRAIG GRANOVSKY, D.C. told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

TONY CONIGLIARO  License # 1220476

Sworn to before me on 09/22/2015
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017